# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**MANDATE**

| | |
|---|---|
| Date: 7/25/08 | DC Docket Number: 08-cv-3213 |
| Docket Number: 08-1666-op | DC: SDNY (NEW YORK CITY) |
| Short Title: Santos v. USA | DC Judge: Honorable Kevin Duffy |

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th of July, two thousand and eight.

Rafael Santos,

    Petitioner,

v.

USA,

    Respondent.




**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to <u>Liriano v. USA</u>**, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: 
Lynette Rodriguez, Deputy Clerk

Certified: 7/25/08