# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

-------------------------------------------------------

    Santos

USCA NO. _____

SDNY NO. __08cv3213__
JUDGE: ___KMW___
DATE: _9 / 3 / 2008_

-v-

    USA

-------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
         FIRM _____APPEALS SECTION_____
   ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
              _500 PEARL STREET, NEW YORK, NEW YORK 10007_
   PHONE NO. _____(212) 805-0636_____

*(U.S. DISTRICT COURT FILED SEP 03 2008 S.D. OF N.Y. stamp)*

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENTS**                                                         **DOC#**

---

### Clerk's Certificate

### See Attached List of Numbered Documents

### Only Circled Documents Included

---

( ✓ ) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __3rd__ Day of _September_, 2008.

United States District Court for
the Southern District of New York

--------------------------------------------------

Rafael Santos

-v-

USA

--------------------------------------------------

Date:     9/3/2008

U.S.C.A. # _____

U.S.D.C. # __08cv3213__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**        **Document Description**

_____**Balance of Files already in USCA under case # 08-1666**_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __3rd__ Day of __September__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

2255, APPEAL, CLOSED, LEAD, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03213-KMW
### Internal Use Only

Santos v. USA  
Assigned to: Judge Kimba M. Wood  
Member case: (View Member Case)  
Related Case: 1:88-cr-00642-KTD-3  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/01/2008  
Date Terminated: 04/01/2008  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | DEFENDANT'S PETITION FOR CORAM NOBIS. NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 88-cr-642 (RJW).Document filed by Rafael Santos.(laq) (Entered: 04/08/2008) |
| 04/01/2008 | | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 04/08/2008) |
| 04/01/2008 | 2 | TRANSFER ORDER (U.S.C.A.), Accordingly, the instant motions (1:08-cv-3213 & 1:08-cv-3214) are hereby consolidated for the purpose of this order and transferred to the U.S.C.A. for the Second Circuit in the interest of justice. Petitioner must move in the transferee court for permission to proceed. This Order closes these docket numbers. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five-day delay is waived.Mailed via Inter-Office Mail on 4/1/08. (Signed by Judge Kimba M. Wood on 4/1/08) (laq) (Entered: 04/08/2008) |
| 07/07/2008 | 3 | ORDER: On April 11, 2008, petitioner's attached letter seeking reconsideration of the Court's 4/1/08 Order was received by this Court's Pro Se Office. I liberally construe this letter as a motion brought pursuant to Rule 60(b) of the F.R.C.P. because this motion was filed within ten days of the entry of judgment. Accordingly, as petitioner has presented no evidence or controlling legal authority that this Court has overlooked and has failed to set forth "exceptional circumstances" to warrant reconsideration of the prior Order, his motion is DENIED. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/7/08) (tro) (Entered: 07/08/2008) |
| 07/28/2008 | 4 | MANDATE of USCA (Certified Copy) USCA Case Number 08-1666-op. NOTICE HAVING BEEN GIVEN that the petitioner was required to file an application requesting that the court authorize a second or successive habeas corpus in the U.S.D.C., and PETITIONER HAVING FAILED to file said application within the FORTY FIVE DAYS prescribed, authorization for underlying petition is DENIED to Liriano v. USA, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed MOOT. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 7/25/2008. (nd) (Entered: 07/28/2008) |
| 07/28/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 4 USCA Mandate Non-Dismissal,. (nd) (Entered: 07/28/2008) |
| 08/21/2008 | 6 | NOTICE OF APPEAL from 3 Order. Document filed by Rafael Santos. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 09/03/2008) |
| 08/21/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Rafael Santos. $455.00 APPEAL FEE DUE. IFP REVOKED 8/28/08. COA DENIED 8/28/08. (tp) (Entered: 09/03/2008) |
| 08/28/2008 | 5 | ORDER: As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. (Signed by Judge Kimba M. Wood on 8/28/2008) (jpo); Docketed in Criminal Case 88-cr-642 also. (Entered: 08/29/2008) |
| 09/03/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 09/03/2008) |
| 09/03/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 09/03/2008) |